# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 14-1014 | September Term, 2013 |
| | EPA-75FR14670 |

Filed On: May 7, 2014 [1491886]

Monroe Energy, LLC,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

## O R D E R

Upon consideration of respondent's unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The Environmental Protection Agency is directed to file status reports at 90-day intervals beginning August 5, 2014.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the ongoing agency proceedings.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

              BY:    /s/
                      Mark A. Butler
                      Deputy Clerk