# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-1014**  September Term, 2015

EPA-75FR14670

Filed On: March 3, 2016 [1602082]

Monroe Energy, LLC,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 16-1032

## O R D E R

Upon consideration of the joint motion to consolidate and hold cases in abeyance, it is

**ORDERED** that the motion be granted, and these cases be consolidated and held in abeyance pending further order of the court.

The Environmental Protection Agency is directed to file status reports at 90-day intervals beginning April 25, 2016.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                    BY:    /s/
                            Mark A. Butler
                            Deputy Clerk